# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **NINA SUMMEY,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10CV00077 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **COMMISSIONER OF** | ) | By: James P. Jones |
| **SOCIAL SECURITY,** | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

No objections having been timely filed to the Report filed August 14, 2014, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** that the Report is ACCEPTED and pursuant to 42 U.S.C. § 406(b)(1), the court authorizes payment of attorneys' fees to Joseph E. Wolfe, Esquire, in the amount of $2,295.14.

ENTER: September 8, 2014

/s/ James P. Jones
United States District Judge